**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14–mj–00447–VCF |
| vs. | |
| JOHN-BENEDICT GALANG ALCANTARA, | **ORDER** |
| Defendant. | |

Before the court is the Government's Motion for a Psychiatric Evaluation (#9, #22). On August 27, 2014, the court held a hearing on the motion and heard representations from the parties.

Accordingly,

IT IS THEREFORE ORDERED that the Government's Motions for a Psychiatric Evaluation (#9, #22) is GRANTED in part.

IT IS FURTHER ORDERED that the defendant submit to a psychiatric examination to determine whether the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature of consequences of the proceedings against him or to assist properly in his defense.

IT IS FURTHER ORDERED that defendant shall be forthwith transported to the closest Federal Bureau of Prisons (BOP) facility that conducts psychological evaluations for this examination.

IT IS FURTHER ORDERED that said examination shall be in accordance with Title 18, United States Code, Sections 4241 and 4247.

IT IS FURTHER ORDERED that defendant shall be held in said facility for a reasonable period of time, not to exceed 45 days, unless extended by further order of the Court upon showing of good

cause by the Director of said facility or pursuant to other appropriate motion for a period of time up to 30 days.

IT IS FURTHER ORDERED that within 45 days from the date of entry of the Order, the Director of said facility at which the examination has been conducted, shall prepare, or cause to be prepared, a psychiatric or psychological report of the defendant, and that the Director shall send copies of such psychiatric or psychological report to the undersigned magistrate judge, the Honorable Cam Ferenbach (Lloyd D. George U.S. Courthouse, U.S. District Court, District of Nevada- Las Vegas, 333 Las Vegas Blvd. South, Suite 3005, Las Vegas, Nevada 89101), to Allison Herr, Assistant United States Attorney, and Dayvid Figler, counsel for defendant, Mr. Alcantara.

IT IS FURTHER ORDERED that Mr. Alcantara's examination shall be administered by personnel who are trained and qualified to care for persons diagnosed with autism.

IT IS FURTHER ORDERED that following the defendant's examination, he shall be forthwith transported back to the District of Nevada.

IT IS FURTHER ORDERED that said examination shall be in accordance with 18 U.S.C. §§ 4241 and 4247.

IT IS FURTHER ORDERED that the said report prepared pursuant to this Order shall include:

(1) Defendant's history and present symptoms;

(2) A description of the psychiatric, psychological or medical tests that were employed and their findings;

(3) The examiner's findings;

(4) The examiner's opinions as to diagnosis, prognosis, and whether the defendant is competent to stand trial, the test of which is whether he may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and

///

2

consequences of the proceedings against him or to assist properly in his defense.

Dated this 27th day of August, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE