UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
  Plaintiff, )
 )
vs. ) 2:14-mj-00447-VCF
 )
JOHN-BENEDICT ALCANTARA, ) ORDER
 )
  Defendant. )

    On **January 16, 2015,** the defendant was placed on a personal recognizance bond with conditions.

    The defendant was not released to allow Pretrial Services time to inspect defendant's proposed residence. On January 20, 2015, Pretrial Services filed under seal its **MEMORANDUM REGARDING PROPOSED RESIDENCE FOR THE DEFENDANT** (#39).

    At 1:00 PM on January 21, 2015, a hearing was held to address the concerns raised by Pretrial Services and provide an opportunity for final input by all in attendance.

    Good Cause Appearing, for the reasons stated in open court, IT IS HEREBY ORDERED, that the U.S. Marsall shall release the defendant forthwith to the custody of Pretrial Services, for processing and further release to **Third Party Custodian Kirby L. Burgess, MPA,** pursuant to the conditions set in the Personal Recognizance Bond (#40) filed on January 21, 2015.

DATED:   January 21, 2015

**CAM FERENBACH**
UNITED STATES MAGISTRATE JUDGE