DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALLISON L. HERR
Special Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-mj-00447-VCF |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| vs. | (Sixth Request) |
| JOHN-BENEDICT GALANG ALCANTARA, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Allison L. Herr, Special Assistant United States Attorney, counsel for the United States of America and Dayvid Figler, counsel for defendant JOHN-BENEDICT GALANG ALCANTARA., that the preliminary hearing date in the above-captioned matter, currently scheduled for July 20, 2015 at 4:00 pm, be vacated and continued for sixty (60) days to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. The parties are closed to a negotiated plea agreement, which if successful would obviate the need for the preliminary hearing. These negotiations however have been complicated by certain disputes over factual averments which require research and additional time to negotiate language.

1   2.	The parties agree to the continuance.

2   3.	The defendant is not incarcerated and does not object to the continuance.

3   4.	Additionally, denial of this request for continuance could result in a miscarriage

4   of justice.

5   5.	The additional time requested herein is not sought for purposes of delay, but to

6   allow for the parties an opportunity to swiftly resolve this matter.

7   6.	The additional time requested by this stipulation, is allowed, with the defendant's

8   consent under the Federal Rules of Procedure 5.1(d).

9   7.	This is the <u>Sixth</u> request to continue the preliminary hearing.

10       DATED this 15th day of July, 2015.

11  DANIEL G. BOGDEN                         RENE L. VALLADARES
    United States Attorney                   Federal Public Defender
12

13  By: /s/ Allison Herr                     By:  /s/ Dayvid Figler
        ALLISON L. HERR                           DAYVID FIGLER
14      Special Assistant United States Attorney  Assistant Federal Public Defender

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-mj-00030-GWF |
| Plaintiff, ) | |
| ) | FINDINGS OF FACT, |
| vs. ) | CONCLUSION OF LAW |
| ) | AND ORDER |
| JOHN-BENEDICT GALANG ALCANTARA, ) | |
| Defendant. ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The parties are closed to a negotiated plea agreement, which if successful would obviate the need for the preliminary hearing. These negotiations however have been complicated by certain disputes over factual averments which require research and additional time to negotiate language.

2. The parties agree to the continuance.

3. The defendant is not incarcerated and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for the parties an opportunity to swiftly resolve this matter.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

3

1   7.   This is the <u>Sixth</u> request to continue the preliminary hearing.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to prepare for preliminary hearing.

The continuance sought herein is allowed, with the defendant's consent pursuant to Federal Rules of Procedure 5.1(d).

## **ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for July 20, 2015 at the hour of 4:00 pm be vacated and continued to September 21, 2015 at the hour of 4:00 p.m.

DATED this 16th day of July, 2015.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

4