# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-mj-00447-VCF |
| vs. | **ORDER** |
| JOHN-BENEDICT G. ALCANTARA, | |
| Defendant. | |

Before the court is the United States of America v. John-Benedict G. Alcantara, case number 2:14-mj-00447-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 9:00 a.m., October 16, 2015, in courtroom 3D.

DATED this 13th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE